**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01074-CV

## FOR THE BEST INTEREST AND PROTECTION OF A.P.

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MED18-80318**

## ORDER

Before the Court is the September 19, 2018 request of Charletta Breed, Official Court Reporter for Probate Court No. 3, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **October 1, 2018**.

/s/     ADA BROWN
         JUSTICE